### 3494.   PHILLIPS *v.* CITY OF ATLANTA.

RUSSELL, J.  The evidence was sufficient to authorize the inference that the whisky was kept for the purpose of illegal sale.

*Judgment affirmed.*

DECIDED OCTOBER 23, 1911.

Certiorari; from Fulton superior court—Judge Pendleton. May 16, 1911.

*Hewlett & Dennis, Malvern Hill,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.